# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Krista Stratton,
    Plaintiff,                            Case No.: 8:22-cv-02191-VMC-CPT

vs.

The Lincoln National Life Insurance Company,
    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through his undersigned attorney, and hereby files this Notice of Settlement, advising the Court that this matter has settled in its entirety and a Notice of Voluntary Dismissal will be forthcoming.

Dated: November 3, 2022

*/s/ Nancy L. Cavey*
Nancy L. Cavey, Esquire
Law Offices of Nancy L. Cavey
P.O. Box 7539
St. Petersburg FL  33734-7539

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3RD day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronically filing to the following: Lee Marcus @ lmarcus@marcusmyerslaw.com

*/s/ Nancy L. Cavey*
Nancy L. Cavey, Esquire
Law Offices of Nancy L. Cavey
P.O. Box 7539
St. Petersburg FL  33734-7539
(727) 894-3188
Florida Bar No.:  300934